JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CYNTHIA AYONA,

Plaintiff,

*v.*

TOYOTA MOTOR SALES, U.S.A., INC., et al.

Defendants.

Case No. 8:25-cv-00677-JVS-ADS

*Assigned to the Hon. James V. Selna*

**JUDGMENT**

Plaintiff CYNTHIA AYONA accepted Defendants TOYOTA MOTOR SALES, U.S.A, INC., TOYOTA FINANCIAL SERVICES INTERNATIONAL CORPORATION, DWWTO INC. dba TOYOTA OF ORANGE, OREMOR AUTOMOTIVE GROUP, LLC dba TUSTIN TOYOTA, and VICTOR MARTINEZ's Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68. *See* ECF No. 27-1.

1. Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $19,862.88 pursuant to the terms of the Rule 68 Offer.

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). Any such motion shall be filed within 30 days from the date of the entry of Judgment and in accordance with the Court's Local Civil Rules. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under California Code of Civil Procedure Section 1794(d).

3. Defendants expressly reserve all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Defendants will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

**IT IS SO ORDERED.**

Date: August 10, 2026

Honorable James V. Selna
United States District Judge